# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHELSEY GOSSE, *on her own behalf and on behalf of other persons similarly situated*, | Case No. 3:20-cv-01446-RDM |
| Plaintiff, | Hon. Robert D. Mariani |
| v. | Electronically Filed |
| TRANSWORLD SYSTEMS, INC.; U.S. BANK, NA.; RATCHFORD LAW GROUP, P.C.; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-3, | |
| Defendants. | |

## ORDER

AND NOW, this 14th day of September, 2020, upon consideration of the Defendants U.S. Bank and TSI's Consent Motion To Extend Time To Respond To Plaintiff Chelsey Gosse's Complaint, it is hereby ORDERED that the motion is GRANTED. Accordingly, preserving and without waiver of all other rights and defenses of the parties, Defendants U.S. Bank and TSI shall answer, move to dismiss, or otherwise respond to the Complaint by no later than October 26, 2020.

BY THE COURT:

_____
Hon. Robert D. Mariani
United States District Court Judge