# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHELSEY GOSSE, *on her own behalf and on behalf of other persons similarly situated*,

        Plaintiffs

v.

TRANSWORLD SYSTEMS, INC.; U.S. BANK, NA.; RATCHFORD LAW GROUP, P.C.; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-3,

        Defendants

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 3:20-cv-01446-RDM

Hon. Robert D. Mariani

Electronically Filed

## UNOPPOSED MOTION TO EXTEND TIME
## TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant National Collegiate Student Loan Trust 2007-3 ("National") respectfully moves this Honorable Court to extend the time for National to answer, move, or otherwise respond to Plaintiff's Complaint, and in support thereof, states as follows:

1.      Although a return of service has not been filed, Plaintiff's counsel has indicated that National was served on or about August 24, 2020.

2.      To clarify a response date and to allow National to investigate Plaintiff's Complaint, National respectfully requests an extension of time to answer, move, or otherwise respond to Plaintiff's Complaint until October 26, 2020.

3.      Other defendants who have been served in this action requested and received an extension of time to respond until October 26, 2020. (Doc. 10).

4.      Plaintiff concurs in the relief requested.

5.      No other extensions of time have been sought by National in this matter.

6.      A proposed Order accompanies this Motion, as required by Local Rule 5.1(g).

Respectfully submitted,

Dated:  September 15, 2020          By:   */s/ Justin G. Weber*
Justin G. Weber (PA 89266)
TROUTMAN PEPPER HAMILTON
SANDERS LLP
100 Market Street, Suite 200
P.O. Box 1181
Harrisburg, Pennsylvania 17108-1181
717.255.1155
717.238.0575 (fax)
justin.weber@troutman.com

David N. Anthony
(*Pro hac vice to be filed*)
TROUTMAN PEPPER HAMILTON
SANDERS LLP
1001 Haxall Point, 15th Floor
Richmond, Virginia 23219
804.697.5410
David.Anthony@troutman.com
*Attorneys for Defendant National Collegiate Student Loan Trust 2007-3*

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

Defendant National Collegiate Student Loan Trust 2007-3's counsel requested Plaintiff's concurrence in the relief requested in this Motion.  Plaintiff's counsel concurs in the relief requested.

$\qquad$ */s/ Justin G. Weber* $\qquad$
Justin G. Weber (PA 89266)

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September, 2020, a true and correct copy of the foregoing Unopposed Motion To Extend Time To Respond To Plaintiff's Complaint was served upon all counsel of record via the Court's electronic filing system.

*/s/ Justin G. Weber*