# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHELSEY GOSSE, *on her own behalf and on behalf of other persons similarly situated*,<br><br>　　　　Plaintiffs<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC.; U.S. BANK, NA.; RATCHFORD LAW GROUP, P.C.; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-3,<br><br>　　　　Defendants | Civil Action No. 3:20-cv-01446-RDM<br><br>Hon. Robert D. Mariani<br><br>Electronically Filed |

## ORDER

AND NOW, this *16th* day of *SEPTEMBER*, 2020, upon consideration of the Defendant National Collegiate Student Loan Trust 2007-3's ("National") Unopposed Motion to Extend Time to Respond to Plaintiff's Complaint, it is hereby **ORDERED** that the Motion is **GRANTED**. National shall answer, move, or otherwise respond to the Complaint on or before October 26, 2020.

BY THE COURT:

_____
Robert D. Mariani
United States District Judge