IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHELSEY GOSSE, *on her own behalf and on behalf of other persons similarly situated*, | ) ) ) ) Case No. 3:20-cv-01446-RDM |
| Plaintiff, | ) Hon. Robert D. Mariani |
| v. | ) ) Electronically Filed |
| TRANSWORLD SYSTEMS, INC.; U.S. BANK, NA.; RATCHFORD LAW GROUP, P.C.; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-3, | ) ) ) ) ) ) |
| Defendants. | ) |

## **[PROPOSED] ORDER**

AND NOW, upon consideration of Defendant U.S. Bank National Association's Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), Plaintiff Chelsey Gosse's response thereto, and U.S. Bank's reply, it is hereby ORDERED that said Motion is GRANTED. The Complaint as to U.S. Bank is hereby dismissed with prejudice.

BY THE COURT:

_____
Robert D. Mariani
United States District Judge