# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHELSEY GOSSE, *on her own behalf and on behalf of other persons similarly situated*,<br><br>Plaintiffs<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC.; U.S. BANK, NA.; RATCHFORD LAW GROUP, P.C.; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-3,<br><br>Defendants | Civil Action No. 3:20-cv-01446-RDM<br><br>Hon. Robert D. Mariani<br><br>Electronically Filed |

## NATIONAL COLLEGIATE STUDENT
## LOAN TRUST 2007-3'S MOTION TO DISMISS

Defendant National Collegiate Student Loan Trust 2007-3 ("National") moves to dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiff's claim against National is based on the Unfair Trade Practices Consumer Protection Law but Plaintiff does not, and cannot, plead facts to state a claim. Plaintiff cannot plead facts to show that she justifiably relied on National's alleged conduct or representation and that she suffered harm as a result of that reliance. To the extent Plaintiff asserts any other claims against National, they

similarly fail.  National will file its Brief in Support within 14 days pursuant to Local Rule 7.5.

                                Respectfully submitted,

Dated:  October 26, 2020     By:   */s/ Justin G. Weber*
                                         Justin G. Weber (PA 89266)
                                         TROUTMAN PEPPER HAMILTON SANDERS LLP
                                         100 Market Street, Suite 200
                                         P.O. Box 1181
                                         Harrisburg, Pennsylvania 17108-1181
                                         717.255.1155
                                         717.238.0575 (fax)
                                         Justin.Weber@Troutman.com

                                         David N. Anthony
                                         (*Pro hac vice to be filed*)
                                         TROUTMAN PEPPER HAMILTON SANDERS LLP
                                         1001 Haxall Point, 15th Floor
                                         Richmond, Virginia 23219
                                         804.697.5410
                                         David.Anthony@troutman.com

                                         *Attorneys for Defendant National Collegiate Student Loan Trust 2007-3*

## **CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

Defendant National Collegiate Student Loan Trust 2007-3's counsel requested Plaintiff's concurrence in the relief requested in this Motion. Plaintiff's counsel does not concur in the relief requested.

*/s/ Justin G. Weber*
