## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHELSEY GOSSE, *on her own behalf and on behalf of other persons similarly situated*,

             Plaintiffs

    v.

TRANSWORLD SYSTEMS, INC.; U.S. BANK, NA.; RATCHFORD LAW GROUP, P.C.; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-3,

             Defendants

Civil Action No. 3:20-cv-01446-RDM

Hon. Robert D. Mariani

## **ORDER**

AND NOW, this ___ day of _____, 2020, upon consideration of the Motion to Dismiss of Defendant National Collegiate Student Loan Trust 2007-3, it is hereby ORDERED that Defendant's Motion is GRANTED, and all claims against National Collegiate Student Loan Trust 2007-3 are DISMISSED with prejudice.

_____
Robert D. Mariani
United States District Judge