IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHELSEY GOSSE, et al., | ) | Case No. 3:20-cv-01446-RDM |
| | ) | |
| Plaintiff, | ) | |
| | ) | Hon. Robert D. Mariani |
| v. | ) | |
| | ) | |
| TRANSWORLD SYSTEMS, INC., et al., | ) | Electronically Filed |
| | ) | |
| | ) | |
| Defendants. | ) | |

**<u>TRANSWORLD SYSTEMS INC.'S MOTION
TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT</u>**

NOW COMES defendant, Transworld Systems Inc. ("TSI"), through undersigned counsel and pursuant to Fed. R. Civ. P. 12(f) and moves to strike the false, impertinent, scandalous, and prejudicial allegations set forth in ¶¶ 55-58 of the Complaint filed by Chelsey Gosse (dkt. 1) for the reasons set forth in TSI's supporting memorandum of law to be filed in accordance with Local Rule 7.5.

WHEREFORE, Transworld Systems Inc., respectfully requests the Court enter an order striking ¶¶ 55-58 from plaintiff's Complaint.

Local Rule 7.1 Certification

The undersigned certifies that opposing counsel's concurrence in the requested relief was sought, but counsel has not concurred.

Date: October 26, 2020            Respectfully submitted,

                                  <u>/s/ Aaron R. Easley</u>
                                  Aaron R. Easley, Esq. (#73683)
                                  SESSIONS, FISHMAN, NATHAN & ISRAEL
                                  3 Cross Creek Drive

Flemington, NJ 08822
Telephone: (908) 237-1660
Facsimile: (908) 237-1663
Email:  aeasley@sessions.legal

Justin H. Homes, Esq. (PHV)
SESSIONS, FISHMAN, NATHAN & ISRAEL
Lakeway II
3850 N. Causeway Blvd., Ste. 200
Metairie, LA 70002-7227
Telephone: (504) 828-3700
Facsimile: (504) 828-3737
Email:  jhomes@sessions.legal

*Counsel for Transworld Systems Inc.*

## CERTIFICATE OF SERVICE

I certify that on October 26, 2020, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below:

Robert P. Cocco
Robert P. Cocco, P. C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Christina L. Henry
Henry & DeGraaff, PS
787 Maynard Ave S
Seattle, WA 98104

Scott C. Borison
1900 S. Norfolk St. Suite 350
San Mateo, CA 94403


*/s/ Aaron R. Easley*
Attorney