IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHELSEY GOSSE, CHRISTOPHER DETTORE, AND LORI A. DETTORE, *on their own behalfs and on behalf of other similarly situated persons*,<br><br>Plaintiff,<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC.;<br>U.S. BANK, N.A.;<br>RATCHFORD LAW GROUP, P.C.;<br>PORTNOY SCHNECK, L.L.C.;<br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-3, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-4; GSS DATA SERVICES LLC<br><br>Defendants. | Case No: 3:20-cv-01446-RDM-MCC |

Exhibit B to First Amended Complaint

IN THE COURT OF COMMON PLEAS OF LEHIGH COUNTY, PENNSYLVANIA
CIVIL DIVISION

| | |
|---|---|
| NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-3,<br>Plaintiff<br><br>v.<br><br>CHELSEY GOSSE, ET AL.,<br><br>Defendants | NO. 2019-C-2482<br><br>CIVIL ACTION<br><br>ASSIGNED TO:<br>Honorable J. Brian Johnson |

## ORDER

AND NOW, this 3rd day of January, 2020, upon consideration of the Preliminary Objections To Complaint filed by Defendants on November 19, 2019 and the Acknowledgement of Service filed by Plaintiff on November 26, 2019, and upon Plaintiff's lack of opposition thereto;[1]

**IT IS ORDERED** that said preliminary objections are SUSTAINED and Plaintiff's Complaint filed on August 14, 2019 in the above-captioned case is DISMISSED.

BY THE COURT:

_____
J. Brian Johnson, J.

---

[1] Plaintiff failed to file a responsive brief or amended pleading in response to the preliminary objections pursuant to Leh. R.C.P. 1028(c)(3).

IN THE COURT OF COMMON PLEAS OF LEHIGH COUNTY, PENNSYLVANIA
CIVIL COURT DIVISION

Document Distribution List

File No.: 2019-C-2482                                                  1/6/2020

| Chelsey Gosse | ✓ | 155 N Railroad St<br>Allentown PA  18102-5340 |
|---|---|---|
| Christophe Gosse | ✓ | 155 N Railroad St<br>Allentown PA  18102-5340 |
| Michael F Ratchford, Esq | ✓ | Ratchford Law Group PC<br>Suite 104<br>54 Glenmaura National Blvd<br>Moosic PA  18507 |

## 236 NOTICE

Pursuant to Pa.R.C.P. § 236, notice is hereby given that an order, decree, or judgment in the above captioned matter has been entered.

Andrea E. Naugle
Clerk of Judicial Records

CV15b