IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHELSEY GOSSE, et al., | ) | Case No. 3:20-cv-01446-RDM |
| | ) | |
| Plaintiff, | ) | |
| | ) | Hon. Robert D. Mariani |
| v. | ) | |
| | ) | |
| TRANSWORLD SYSTEMS, INC., et al., | ) | Electronically Filed |
| | ) | |
| | ) | |
| Defendants. | ) | |

**TRANSWORLD SYSTEMS INC.'S MOTION
TO STRIKE PORTIONS OF PLAINTIFFS' FIRST AMENDED COMPLAINT
AND TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

NOW COMES defendant, Transworld Systems, Inc. ("TSI"), through undersigned counsel and pursuant to Fed. R. Civ. P. 12(b)(6) and (f), and moves to strike certain false, impertinent, scandalous, and prejudicial allegations, and to dismiss the First Amended Complaint, all for the reasons set forth in TSI's supporting memorandum of law to be filed in accordance with Local Rule 7.5.

WHEREFORE, Transworld Systems, Inc., respectfully requests the Court enter an Order striking false, impertinent, scandalous, and prejudicial allegations from the First Amended Complaint and dismissing the First Amended Complaint.

Local Rule 7.1 Certification

The undersigned certifies that opposing counsel's concurrence in the requested relief was sought, but counsel has not concurred.

Date: January 15, 2021               Respectfully submitted,

                                     /s/ Aaron R. Easley

        Aaron R. Easley, Esq. (#73683)
        SESSIONS, ISRAEL & SHARTLE, L.L.C.
        3 Cross Creek Drive
        Flemington, NJ 08822
        Telephone: (908) 237-1660
        Facsimile: (877) 334-0661
        Email: aeasley@sessions.legal

        Justin H. Homes, Esq. (PHV)
        SESSIONS, ISRAEL & SHARTLE, L.L.C.
        Lakeway II
        3850 N. Causeway Blvd., Ste. 200
        Metairie, LA 70002-7227
        Telephone: (504) 828-3700
        Facsimile: (504) 828-3737
        Email: jhomes@sessions.legal

        *Counsel for Transworld Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on January 15, 2021, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below:

| | |
|---|---|
| Robert P. Cocco<br>Robert P. Cocco, P. C.<br>1500 Walnut Street, Suite 900<br>Philadelphia, PA 19102 | Scott C. Borison<br>1900 S. Norfolk St. Suite 350<br>San Mateo, CA 94403 |
| Christina L. Henry<br>Henry & DeGraaff, PS<br>787 Maynard Ave S<br>Seattle, WA 98104 | |

        */s/ Aaron R. Easley*
        Attorney