THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHELSEY GOSSE, on her own behalf and on behalf of other similarly situated persons, : : : Plaintiff, : : v. : TRANSWORLD SYSTEMS, INC., et al., : : Defendants. : | 3:20-CV-1446 (JUDGE MARIANI) (Magistrate Judge Carlson) |

ORDER

AND NOW, THIS 3RD DAY OF FEBRUARY, 2021, upon receipt of Plaintiff's Notice of Dismissal (Doc. 58), **IT IS HEREBY ORDERED THAT** Defendant GSS Data Services LLC is **DISMISSED WITHOUT PREJUDICE**.

_s/ *Robert D. Mariani*_
Robert D. Mariani
United States District Judge