IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHELSEY GOSSE, et al., | Case No. 3:20-cv-01446-RDM |
| Plaintiff, | |
| | Hon. Robert D. Mariani |
| v. | |
| TRANSWORLD SYSTEMS, INC., et al., | Electronically Filed |
| Defendants. | |

**PORTNOY SCHNECK, L.L.C.'s MOTION
TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

NOW COMES Portnoy Schneck, L.L.C. ("Portnoy"), through undersigned counsel and pursuant to Fed. R. Civ. P. 12(b)(6) moves to dismiss the First Amended Complaint, for the reasons set forth in a supporting memorandum of law to be filed in accordance with Local Rule 7.5.

WHEREFORE, Portnoy respectfully requests the Court enter an Order dismissing all claims and causes of action asserted against it the First Amended Complaint.

Local Rule 7.1 Certification

The undersigned certifies that opposing counsel's concurrence in the requested relief was sought, but counsel has not concurred.

Date: February 16, 2021         Respectfully submitted,

/s/ Aaron R. Easley
Aaron R. Easley, Esq. (#73683)
SESSIONS, ISRAEL & SHARTLE, L.L.C.
3 Cross Creek Drive
Flemington, NJ 08822
Telephone: (908) 237-1660
Facsimile: (908) 237-1663

1

        Email:  aeasley@sessions.legal

        Justin H. Homes, Esq. (PHV)
        SESSIONS, ISRAEL & SHARTLE, L.L.C.
        Lakeway II
        3850 N. Causeway Blvd., Ste. 200
        Metairie, LA 70002-7227
        Telephone: (504) 828-3700
        Facsimile: (504) 828-3737
        Email:  jhomes@sessions.legal

        *Counsel for Portnoy Schneck, L.L.C..*

## CERTIFICATE OF SERVICE

I certify that on February 16, 2021, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below:

| | |
|---|---|
| Robert P. Cocco<br>Robert P. Cocco, P. C.<br>1500 Walnut Street, Suite 900<br>Philadelphia, PA 19102 | Scott C. Borison<br>1900 S. Norfolk St. Suite 350<br>San Mateo, CA 94403 |
| Christina L. Henry<br>Henry & DeGraaff, PS<br>787 Maynard Ave S<br>Seattle, WA 98104 | |

        */s/ Aaron R. Easley*
        Attorney