**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHELSEY GOSSE, CHRISTOPHER DETTORE, AND LORI A. DETTORE, *on their own behalfs and on behalf of other similarly situated persons*, | ) ) ) ) |
| | ) |
| Plaintiffs, | ) ) |
| v. | ) |
| TRANSWORLD SYSTEMS, INC.; U.S. BANK, N.A.; RATCHFORD LAW GROUP, P.C.; PORTNOY SCHNECK, L.L.C.; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-3; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-4; GSS DATA SERVICES LLC, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

Case No. 3:20-cv-01446-RDM

Hon. Robert D. Mariani

Electronically Filed

**TABLE OF CONTENTS OF EXHIBITS TO
DEFENDANT U.S. BANK'S REPLY IN SUPPORT OF ITS
MOTION TO DISMISS**

| Exhibit | Description |
|---|---|
| A | **Packet of Unpublished Decisions**<br><br>*Bobrick Corp. v. Santana Prod., Inc.*, 422 F. App'x 84 (3d Cir. 2011)<br><br>*Bracken v. County of Allegheny*, 2017 WL 498511 (W.D. Pa. Feb. 7, 2017) |

*Brown v. Priority Healthcare Grp.*, *LLC*,
2019 WL 4805321 (M.D. Pa. Oct. 1, 2019)

*Consumer Fin. Prot. Bureau v. Nat'l Collegiate Master Student Tr.*,
2020 WL 2915759 (D. Del. May 31, 2020)

*Foster v. Nat'l Collegiate Student Loan Tr. 2007-4*,
2018 WL 1095760 (Tex. App.—Houston [1st Dist.]
Mar. 1, 2018, no pet.)

*Genesis Bio-Pharm., Inc. v. Chiron Corp.*,
27 F. App'x 94 (3d Cir. 2002)

*Higgins v. Frank Bonin Funeral Parlor*,
2015 WL 10944445 (M.D. Pa. Feb. 12, 2015),
*adopted*, 2015 WL 10943833 (M.D. Pa. Apr. 20, 2015),
*aff'd*, 629 F. App'x 168 (3d Cir. 2015)

*In re Nat'l Collegiate Student Loan Trusts Litig.*,
2020 WL 5049402 (Del. Ch. Aug. 27, 2020)

*Kane v. Schatz*,
2018 WL 4327530 (Pa. Super. Ct. Sept. 11, 2018)

*Merrill, et al. v. Transworld Sys., et al.*, No. 1:20-cv-00183, R. &. R.,
Dkt. 28, *adopted*, 2021 WL 210715 (W.D. Mich. Jan. 21, 2021)

*Prukala v. Chase Bank, N.A.*,
2020 WL 5351042 (M.D. Pa. Sept. 4, 2020)

*Sarpolis v. Tereshko*,
625 F. App'x 594 (3d Cir. 2016)

*Schwartz v. OneWest Bank*,
614 F. App'x 80 (3d Cir. 2015)

*Souders v. Bank of Am.*,
2012 WL 7009007 (M.D. Pa. Dec. 6, 2012),
*adopted*, 2013 WL 451863 (M.D. Pa. Feb. 6, 2013)

| | |
|---|---|
| | *Taylor v. Nat'l Collegiate Student Loan Tr. 2007-1*, 2021 WL 673458 (D. Utah Feb. 22, 2021) |