# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHELSEA GOSSE, et al.,** | : | **CIV NO. 3:20-CV-1446** |
| **Plaintiffs,** | : | **(Judge Mariani** |
| v. | : | **(Magistrate Judge Carlson)** |
| **TRANSWORLD SYSTEMS INC., et al.,** | : | |
| **Defendants.** | : | |

## CASE MANAGEMENT ORDER

AND NOW this 3d day of June 2022, following a conference with counsel, the following case management order is entered in this matter.

1. **COUNSEL AND *PRO SE* LITIGANTS ARE RESPONSIBLE FOR READING THIS ENTIRE ORDER**.

2. **Schedule**. The following deadlines, described in greater detail throughout this order, have been established for this case, and may not be modified by the parties. Motions to modify or extend the deadlines established here shall be made before expiration of the time limits has passed. **All requests for extensions of discovery deadlines must be made at least thirty (30) days prior to the expiration of the discovery period**. Motions will be granted only on a showing of good cause.

Amendment of Pleadings/Joinder of Parties:    **September 30, 2022**

| | |
|---|---|
| Close of Fact Discovery: | **January 31, 2023** |
| Reports of Experts: | |
| Plaintiff | **January 31, 2023** |
| Defendants | **March 1, 2023** |
| Response Reports to Experts Reports: | **March 30, 2023** |
| Mediation Request Deadline: | **March 30, 2023** |
| Dispositive Motions and Supporting Briefs Due: | **June 15, 2023** |
| Local Rule 16.3 - Attorney Conference and Exchange of Proposed Jury Instructions on or before: | **To be determined** |
| Motions in Limine Due: | **To be determined** |
| Pretrial Memoranda Due: | **To be determined** |
| *Proposed Jury Charge, Proposed Voir Dire Questions and Objections to Proposed Jury Charge: | **To be determined** |
| Pretrial and Settlement Conference: | **To be determined** |
| Trial Brief Due: | **To be determined** |
| Trial: | **To be determined** |

3.  **Requests for Extension of Time**.  Requests for extension of the following time periods will not be granted except for good cause shown and must comply with Local Rule 7.5.

4. **Electronic Case Filing**. Counsel and *pro se* litigants are requested to file all documents in this case electronically. Only with leave of court, will counsel or *pro se* litigants be permitted to file documents in this case with the Clerk of Court, P. O. Box 983, Room 1060, Federal Building, Harrisburg, PA 17108. Do not send courtesy copies directly to the Court unless requested by the Court.

5. **Facsimile transmission**. No document may be faxed to Chambers or to the Clerk's Office without express permission obtained in advance from the judge or his secretary or clerk, which permission shall be limited to each document request, unless otherwise indicated.

6. **Contacting the Court**. Parties should contact the Court through our Deputy Clerk, Kevin Neary, at 717-221-3924 or Kevin.Neary@pamd.uscourts.gov. No contact should be made with law clerks unless directed to do so by the Court.

II. **AMENDMENT OF PLEADINGS/JOINDER OF PARTIES**

1. Any amendment of pleadings or joinder of additional parties shall be completed on or before **September 30, 2022**.

III. **DISCOVERY**

1. **Fact Discovery**. All fact discovery shall be completed by the parties expeditiously and diligently on or before **January 31, 2023.** All requests for

discovery must be made so as to allow for compliance before the close of discovery. The following limits on discovery apply to this case:

(i) Depositions (excluding experts) to be taken by:

    Plaintiffs    10        Per Defendant    10
                                                      Or group of Defendants

(ii) Interrogatories:

    Plaintiffs    **30**        Per Defendant    **30**
                                                      Or group of Defendants

(iii) Request for Production of Documents:

    Plaintiffs    **30**        Per Defendant    **30**
                                                      Or group of Defendants

(iv) Request for Admissions:

    Plaintiffs    **30**        Per Defendant    **30**
                                                      Or group of Defendants

**Discovery in excess of these limits must be approved by the Court.**

2. **<u>Expert Reports</u>**. Expert reports shall be submitted on or before **January 31, 2023 for plaintiff and March 1, 2023 for defendants**. Any supplements to reports shall be submitted to opposing parties on or before **March 30, 2023.**

3. Except as noted herein, the limitations on discovery imposed by the Federal Rules of Civil Procedure and the Local Rules of the Middle District of

Pennsylvania will be applied to this case. The parties must make application to the Court to exceed the limitations established by the rules.

**4.** All written requests for continuance of discovery deadlines or trial shall be signed by counsel in conformity with the Civil Justice Reform Act of 1990, 28 U.S.C. §473(b)(3),

**5.** Discovery related motions shall be filed only after a telephone conference with the Court and with the approval of Court. Unless otherwise directed, prior to the telephone conference, each party shall submit a letter of not more than 3 (three) pages outlining the nature of the dispute.

## IV. <u>MOTIONS</u>

**1.** Dispositive motions **and supporting briefs** must be filed by **June 15, 2023**. Briefs must adhere to the page limitations set forth in the Local Rules. In multiple defendant cases, any defendant contemplating a dispositive motion shall confer with other defense counsel and shall agree to file joint motions and briefs whenever possible. Those parties needing to brief separate issues may do so by filing separate briefs. Parties filing motions for summary judgment shall comply with Middle District Rule 7.4.

## V. MEDIATION

On or before **March 30, 2023** the parties will notify the court if there is any interest in pursuing mediation. The parties should coordinate with our Deputy Clerk, Kevin Neary, at 717-221-3924 or [Kevin.Neary@pamd.uscourts.gov](mailto:Kevin.Neary@pamd.uscourts.gov). to schedule a settlement conference.

*S/Martin C. Carlson*
MARTIN C. CARLSON
United States Magistrate Judge
