

Troutman Pepper Hamilton Sanders LLP
100 Market Street, Suite 200
Harrisburg, PA  17108-1181

troutman.com

---

**Justin G. Weber**
D: 717.255.1170
Justin.Weber@Troutman.com

June 6, 2022

**VIA ECF**

The Honorable Martin C. Carlson
United States District Court for the
Middle District of Pennsylvania
Ronald Reagan Federal Bldg. & U.S. Courthouse
228 Walnut Street
Harrisburg, PA 17101


**Re:**   *Gosse v. Transworld Systems, Inc. et al.*, **3:20-cv-01446**

Dear Judge Carlson:

The case management conference occurred in this matter on Friday, June 3.

Defendants understood the Court to indicate during the conference that it had embraced the schedule proposed in the Case Management Plan, including the initial limitation on discovery for the first 90 days that was proposed by Defendants.  In the Case Management Plan, Defendants proposed that discovery initially be limited to the acquisition of Plaintiff's loan. (*See* Doc. 102, § 4.2).  This is because, as the Court recognized in its Report and Recommendation, (Doc. 82), all claims in this case hinge upon the discrete issue of whether National Collegiate Student Loan Trust 2007-3 owns Plaintiff's loan.

Defendants also alerted the Court to the potential of an early motion for summary judgment following discovery on this discrete issue, and the Court indicated that if Defendants sought a stay of the remaining discovery, they could make a request at that time.

The case management order, (Doc. 104), did not reference the initial limitation on discovery for the first 90 days.  As a result, Defendants write to request clarification of the Court's order.

**The Honorable Martin C. Carlson**
June 6, 2022
Page 2



Respectfully,

*s/ Justin G. Weber*

Justin G. Weber

cc: All Counsel of Record