**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHELSEY GOSSE, *on their own behalfs and on behalf of other similarly situated persons*,<br><br>Plaintiff,<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC.;<br>U.S. BANK, N.A.;<br>RATCHFORD LAW GROUP, P.C.;<br>PORTNOY SCHNECK, L.L.C.;<br>NATIONAL COLLEGIATE STUDENT<br>LOAN TRUST 2007-3,<br>Defendants. | Case No: 3:20-cv-01446-RDM-MCC<br><br><br><br>(JURY DEMAND) |

## ORDER

AND NOW this ____10th____ day of ____January____, 2023, upon consideration of Plaintiff's Consent Motion for Enlargement of discovery and pleading deadline, and any response thereto, it is hereby ORDERED and DECREED that Plaintiff's Motion is GRANTED. The following deadlines in the Magistrate Judge's November 8, 2022, Order are extended to the following dates:

1) Ownership related discovery: March 8, 2023;

2) Defendants' have 30 days after the close of discovery to file supplemental summary judgment;

3) Plaintiff's opposition thereto is due 30 days after the filing of the supplemental summary judgment, ;

4) Defendants' reply is due 30 days after the filing of the Plaintiff's opposition.

   **AND IT IS SO ORDERED.**

*s/ Martin C. Carlson*

_____

Hon. Martin Carlson