# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHELSEY GOSSE, CHRISTOPHER DETTORE, AND LORI A. DETTORE,<br><br>Plaintiffs<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC.; U.S. BANK, NA.; RATCHFORD LAW GROUP, P.C.; PORTNOY SCHNECK, L.L.C.; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-3; GSS DATA SERVICES LLC<br><br>Defendants | Civil Action No. 3:20-cv-01446-RDM<br><br>Hon. Robert D. Mariani<br>(Mag. Judge Martin C. Carlson)<br><br>Electronically Filed |

## NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-3, U.S. BANK NATIONAL ASSOCIATION, TRANSWORLD SYSTEMS INC., AND RATCHFORD LAW GROUP, P.C.'S UNCONTESTED MOTION TO FILE A BRIEF THAT DOES NOT EXCEED 5,600 WORDS

Defendants National Collegiate Student Loan Trust 2007-3, U.S. Bank National Association, Transworld Systems Inc., and Ratchford Law Group, P.C. (collectively "Defendants"), by and through their undersigned counsel, request permission to file a brief in support of their summary judgment motion that does not exceed 5,600 words.

1.  Magistrate Judge Carlson's January 10, 2023, and March 6, 2023, Orders set a deadline of 30 days from the close of ownership discovery, which closed on March 15, 2023, for Defendants to file supplemental summary judgment.

2. Defendants anticipate filing one collective brief in support of their summary judgment motion on or prior to April 14, 2023.

3. Local Rule 7.8(b)(1) limits the length of briefs to fifteen pages in length, and Local Rule 7.8(b)(2) states that briefs may exceed this page limitation so long as they do not exceed 5,000 words.

4. Because the Defendants anticipate filing one collective and comprehensive brief, Defendants request permission to file a brief that exceeds the limits of Local Rule 7.8 but that does not exceed 5,600 words.

5. Plaintiff concurs in the relief requested.

Wherefore, Defendants request permission to file a brief in support of their motion for summary judgment that does not exceed 5,600 words.

Dated: April 10, 2023

*/s/ Justin H. Homes*
Bryan C. Shartle (*pro hac vice*)
Justin H. Homes (*pro hac vice*)
Bradley J. St. Angelo (*pro hac vice*)
SESSIONS, ISRAEL & SHARTLE
3850 N. Causeway Blvd., Suite 200
Metairie, LA  7002
504.828.3700
bshartle@sessions.legal
jhomes@sessions.legal
bstangelo@sessions.legal

Aaron R. Easley
SESSIONS, ISRAEL & SHARTLE
3 Cross Creek Drive
Flemington, NJ  08822
908.237.1600
aeasley@sessions.legal

*Counsel for Defendant*
*Transworld Systems Inc.*

*/s/ Albert J. Rota*
Albert J. Rota
JONES DAY
2727 N. Harwood
Dallas, TX  75201
214.969.3698
ajrota@jonesday.com

Kelly M. Locher
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA  15219
412.394.7937
klocher@jonesday.com

*Counsel for Defendant*
*U.S. Bank*

*/s/ Justin G. Weber*
Brian P. Downey (PA 59891)
Justin G. Weber (PA 89266)
TROUTMAN PEPPER HAMILTON
SANDERS LLP
100 Market Street, Suite 200
Harrisburg, Pennsylvania 17101
717.255.1170
Brian.Downey@troutman.com
Justin.Weber@troutman.com

David N. Anthony
(*pro hac vice*)
TROUTMAN PEPPER HAMILTON
SANDERS LLP
1001 Haxall Point, 15th Floor
Richmond, Virginia 23219
804.697.5410
David.Anthony@troutman.com

*Counsel for Defendant National*
*Collegiate Student Loan Trust 2007-3*

*/s/ Andrew M. Schwartz*
Andrew M. Schwartz
Gordon Rees Scully Mansukhani, LLP
Three Logan Square 1717 Arch Street,
Suite 610 Philadelphia, PA 19103
(215) 717-4023
(215) 693-6650 
Amschwartz@grsm.com

*Counsel for Defendant Ratchford Law*
*Group, P.C.*

3

## CERTIFICATE OF CONCURRENCE PURSUANT TO L.R. 7.1

I contacted Plaintiff's counsel and Plaintiff concurs in the relief requested.

*s/ Justin G. Weber*
Justin G. Weber

## **CERTIFICATE OF SERVICE**

I certify that on April 10, 2023, I filed the foregoing document with the Clerk of the United States District Court for the Middle District of Pennsylvania using the CM/ECF system, which will send notification electronically to all counsel of record.

*s/ Justin G. Weber*
Justin G. Weber
