IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHELSEY GOSSE, CHRISTOPHER DETTORE, AND LORI A. DETTORE,<br><br>Plaintiffs<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC.; U.S. BANK, NA.; RATCHFORD LAW GROUP, P.C.; PORTNOY SCHNECK, L.L.C.; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-3; GSS DATA SERVICES LLC<br><br>Defendants | Civil Action No. 3:20-cv-01446-RDM<br><br>Hon. Robert D. Mariani<br>(Mag. Judge Martin C. Carlson)<br><br>Electronically Filed |

## **ORDER**

AND NOW, this ___ day of April 2023, upon consideration of the Defendants' Uncontested Motion to File a Brief that Does Not Exceed 5,600 Words, it is hereby ORDERED that Defendants' Motion is GRANTED. Defendants shall be permitted to file a Brief in Support of their Motion for Summary Judgment that does not exceed 5,600 words.

 

_____
Martin C. Carlson
United States Magistrate Judge