IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHELSEY GOSSE, *on her own behalf and on behalf of other similarly situated persons*,<br><br>      Plaintiff,<br><br>  v.<br><br>TRANSWORLD SYSTEMS, INC.;<br>U.S. BANK, N.A.;<br>RATCHFORD LAW GROUP, P.C.;<br>NATIONAL COLLEGIATE<br>STUDENT LOAN TRUST 2007-3,<br><br>  Defendants. | Case No: 3:20-cv-01446-RDM-MCC<br><br><br><br><br><br>(JURY DEMAND) |

**PRAECIPE TO SUBSTITUTE EXHIBITS IN
<u>PLAINTIFF'S COUNTERSTATEMENT OF MATERIAL FACTS (ECF. 180 )</u>**

To the Clerk:

  Please substitute Exhibits 1-14 attached to this praecipe for the Exhibits attached to Plaintiff's Counter Statement of Material Facts (ECF no. 180). The purpose of the substitution is to:

1) Attach (previously missing) Exhibit Cover Sheets to describe each exhibit in accordance with its designation in ECF no. 180;

2) Explain the omission of Ex. D;

3) Add Ex. "K" which was originally rejected by e-filing as a corrupted file.

Dated: <u>May 19, 2023</u>              /s/Robert P. Cocco
                               ROBERT P. COCCO, P.C.
                               Attorney for Plaintiff

Certificate of Service

    I, Robert P. Cocco, co-counsel for Plaintiff, hereby certify that I filed the foregoing pleading electronically via ECF email upon all Defendants through their respective counsel of record.

Dated: May 19, 2023                      /s/ Robert P. Cocco