**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHELSEY GOSSE, *on her own behalf and on behalf of other similarly situated persons*,<br><br>                              Plaintiff,<br><br>        v.<br><br>TRANSWORLD SYSTEMS, INC.;<br>U.S. BANK, N.A.;<br>RATCHFORD LAW GROUP, P.C.;<br>NATIONAL COLLEGIATE<br>STUDENT LOAN TRUST 2007-3,<br><br>        Defendants. | Case No: 3:20-cv-01446-RDM-MCC<br><br><br><br><br><br><br>(JURY DEMAND) |

**PRAECIPE TO SUBSTITUTE**
**COUNTERSTATEMENT AND RESPONSE TO**
**DEFENDANTS' STATEMENT OF MATERIAL FACTS (ECF. 180 )**

To the Clerk:

Please substitute the attached Plaintiff's Counterstatement of Material Facts and Response to Statement of Material Facts attached as Exhibit A for the version filed May 15, 2023 (ECF no. 180). The purpose of the substitution is to correct the following errors or omissions redlined on the Exhibit B version of the document attached hereto:

1) Pg. 22, insert exhibit description;

2) Pg. 23, correct designation of Glanfield Deposition exhibit;

3) Pg. 26, n. 14, correct designation of Glanfield Deposition exhibit;

4) Pg. 31, correct citation of witness Meyer's deposition testimony;

5) Pg. 32, correct citation of witness Meyer's deposition testimony.

Dated: <u>May 31, 2023</u>                         /s/Robert P. Cocco
                                                  ROBERT P. COCCO, P.C.
                                                  Attorney for Plaintiff


<u>Certificate of Service</u>

     I, Robert P. Cocco, co-counsel for Plaintiff, hereby certify that I filed the foregoing pleading electronically via ECF email upon all Defendants through their respective counsel of record.


Dated:        May 31, 2023                         <u>/s/ Robert P. Cocco</u>