## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHELSEY GOSSE, *on her own behalf and on behalf of other similarly situated persons*,<br><br>                    Plaintiff,<br><br>          v.<br><br>TRANSWORLD SYSTEMS, INC.;<br>U.S. BANK, N.A.;<br>RATCHFORD LAW GROUP, P.C.;<br>NATIONAL COLLEGIATE<br>STUDENT LOAN TRUST 2007-3,<br><br>          Defendants. | Case No: 3:20-cv-01446-RDM-MCC<br><br><br><br><br><br>(JURY DEMAND) |

**PRAECIPE TO SUBSTITUTE
PAGE IN PLAINTIFF'S RESPONSE TO
STATEMENT OF MATERIAL FACTS TO CORRECT TYPOGRAPHCIAL
ERRORS (ECF. 180 )**

To the Clerk:

Please substitute the attached page 30 of Plaintiff's Counterstatement of Material Facts and Response to Statement of Material Facts attached as Exhibit A (ECF no. 180). The purpose of the substitution is solely to add citations to the counter statement of facts mistakenly omitted.

Dated: June 27, 2023              /s/Robert P. Cocco
                                                ROBERT P. COCCO, P.C.
                                                Attorney for Plaintiff

<u>Certificate of Service</u>

  I, Robert P. Cocco, co-counsel for Plaintiff, hereby certify that I filed the foregoing pleading electronically via ECF email upon all Defendants through their respective counsel of record.

Dated:  June 27, 2023        <u>/s/ Robert P. Cocco</u>