# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHELSEY GOSSE, *on her own behalf and on behalf of other similarly situated persons*,<br><br>                    Plaintiff,<br><br>         v.<br><br>TRANSWORLD SYSTEMS, INC.;<br>U.S. BANK, N.A.;<br>RATCHFORD LAW GROUP, P.C.;<br>NATIONAL COLLEGIATE<br>STUDENT LOAN TRUST 2007-3,<br><br>      Defendants. | Case No: 3:20-cv-01446-RDM-MCC<br><br><br><br><br><br>(JURY DEMAND) |

## SECOND & OMNIBUS PRAECIPE TO
## SUBSTITUTE PAGES IN
## PLAINTIFF'S RESPONSE TO STATEMENT OF MATERIAL FACTS
## TO CORRECT TYPOGRAPHICAL ERRORS (ECF. 180)

To the Clerk:

The citations on pages 22, 30, and 32, should be changed to reference the missing or correct exhibit. A corrected opposition brief is attached hereto as Exhibit A.

| Original Citation | Corrected Citation |
|---|---|
| Page 22, last line, "*See* Ex.__." | Page 22, "*See* Ex. Q" |
| Page 30, ¶ 17, "CMSF__", ¶ 18, "CMSF ___", ¶ 19, "CMSF__". | Page 30, ¶ 17, CMSF5-36, ¶ 18, CMSF 25, ¶ 19, CMSF25. |
| Page 32, ¶ 25, "CSMF Meyers Dep., 87:8 – 15; *See also* Ex.__ "Cognition-Gosse-001 and Ex. 2 to Meyer Dep.)." | "**Ex. K** Meyers Dep., 87:8 – 15; *See also* "Cognition-Gosse-001 and Meyer Dep. Ex. 2." |

Please substitute the attached pages 22, 30, and 32 of Plaintiff's

Counterstatement of Material Facts and Response to Statement of Material Facts attached as Exhibit A (ECF no. 180). The purpose of the substitution is solely to add citations to the counter statement of facts mistakenly omitted.

Dated: <u>August 28, 2023</u>              /s/Robert P. Cocco
                                           ROBERT P. COCCO, P.C.
                                           Attorney for Plaintiff

## Certificate of Service

I, Robert P. Cocco, co-counsel for Plaintiff, hereby certify that I filed the foregoing pleading electronically via ECF email upon all Defendants through their respective counsel of record.

Dated:     August 28, 2023                 /s/ Robert P. Cocco