AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA
## JUDGMENT IN A CIVIL CASE

CHELSEY GOSSE on her behalf and                    Case No: 3:20-CV-1446
On behalf of other similarly situated
Persons; Christopher Dettore; Lori A Dettore,

      Plaintiffs,

               V.

TRANSWORLD SYSTEMS, INC., U.S. Bank, NA;        Judge Keli M. Neary

National Collegiate Student Loan Trust 2007-3;

Ratchford Law Group, P.C.; Portnoy Schneck, L.C.

      Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that summary judgment be and is hereby entered in favor of the defendants: Transworld Systems, Inc., U.S. Bank, NA, National Collegiate Student Loan Trust 2007-3, Ratchford Law Group, P.C., Portnoy Schneck, L.L.C. and against the plaintiffs, Chelsey Gosse, Christopher Dettore and Lori A Dettore, on Count I of the first amended complaint.

        **Date:** Date of Judgment        **Peter Welsh, Clerk of Court**

                                 /s/ Mark J. Armbruster
                                 Deputy Clerk